## Commonwealth *v.* Mussoline, Appellant.

Argued March 23, 1967. *Helen Stack,* with her *George A. Spohrer,* and *Hourigan, Kluger and Spohrer,* for appellant; *Anthony B. Panaway,* Special Assistant District Attorney, with him *Arthur L. Piccone,* First Assistant District Attorney, and *Thomas E. Mack,* District Attorney, for Commonwealth, appellee.

PER CURIAM: Judgment of sentence affirmed, and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has complied with the sentence, or any part of it which had not been performed at the time the appeal was made a supersedeas.

WATKINS, J., absent.

## Commonwealth *v.* Nelson, Appellant.

Submitted March 20, 1967. *Thomas Nelson,* appellant, in propria persona; *Homer Cook Grasberger* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.